**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**LAURA McCRACKEN,**

     **Plaintiff,**

  v.           **8:12-CV-0193**
               **(MAD/CFH)**
**MICHAEL J. ASTRUE, COMMISSIONER OF**
**SOCIAL SECURITY,**

     **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| INSLER & HERMANN, LLP<br>560 White Plains Road<br>Tarrytown, New York 10591<br>*Attorneys for Plaintiff* | LEWIS B. INSLER, ESQ. |
| HON. RICHARD S. HARTUNIAN<br>United States Attorney for the<br>Northern District of New York<br>100 South Clinton Street<br>Syracuse, New York 13261-7198<br>*Attorneys for Defendant* | BENIL ABRAHAM, ESQ. |

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

## ORDER

  The above matter comes to me following a Report-Recommendation by Magistrate Judge Christian F. Hummel, duly filed on the 7th day of January 2013.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

  After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner is directed to file an Answer and Administrative Record in accordance with General Order 18.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: January 29, 2013
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge