**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

LAURA McCRACKEN,

              **Plaintiff,**

      v.                                            8:12-CV-0193
                                                      (MAD/CFH)

**MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,**

              **Defendant.**
_____

**APPEARANCES:**                                    **OF COUNSEL:**

INSLER & HERMANN, LLP                     LEWIS B. INSLER, ESQ.
560 White Plains Road
Tarrytown, New York 10591
*Attorneys for Plaintiff*

HON. RICHARD S. HARTUNIAN            BENIL ABRAHAM, ESQ.
United States Attorney for the
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261-7198
*Attorneys for Defendant*

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge Christian F. Hummel, duly filed on the 7th day of January 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner is directed to file an Answer and Administrative Record in accordance with General Order 18.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: January 29, 2013
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge